STATE OF NEW JERSEY v. JAMES ROWE.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROY RUSH, JR.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS MARTIN MEEK.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY DANZEY.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK HALL.

November 15, 1988.

Petition for certification denied.